UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DON ANDERSON, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 3:12-CV-527 (Phillips) |
| SECURITY FEDERAL SAVINGS BANK OF MCMINNVILLE, ) ) ) | |
| Defendant. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion to dismiss filed by defendant Security Federal Savings Bank of McMinnville. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Don Anderson take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendant Security Federal Savings Bank of McMinnville recover of the plaintiff Don Anderson its costs of action.

Dated at Knoxville, Tennessee, this 18th day of April, 2013.

**ENTER:**

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT

s/ Thomas W. Phillips
United States District Judge